BURGESS v. BUSBY

[354 N.C. 351 (2001)]

LINDA BURGESS, JOY CLEMENT, BONNIE EDDLEMAN, META FISHER, TERRY KESLER, TOMMY KNOX, GENE MOORE AND MARK SIDES v. MERLE RUDY BUSBY

No. 196PA01

(Filed 9 November 2001)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 142 N.C. App. 393, 544 S.E.2d 4 (2001), affirming in part and reversing and remanding in part an order entered 23 August 1999 by McHugh, J., in Superior Court, Rowan County. Heard in the Supreme Court 17 October 2001.

*Donaldson & Black, P.A., by Arthur J. Donaldson and Rachel Scott Decker, for plaintiff-appellees.*

*Morris York Williams Surles & Barringer, LLP, by John H. Capitano and John P. Barringer, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.